Ramin R. Younessi, Esq. (SBN 175020)
ryounessi@younessilaw.com
Heather Phillips, Esq. (SBN 258638)
hphillips@younessilaw.com
Eduardo Balderas, Esq. (SBN 322589)
ebalderas@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI**
**A PROFESSIONAL LAW CORPORATION**
3435 Wilshire Blvd. Suite 2200
Los Angeles, CA  90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorneys for Plaintiff
PETRY MARQUEZ

**MORGAN, LEWIS & BOCKIUS LLP**
Karen Y. Cho, Bar No. 274810
Charles E. Murphy II, Bar No. 364334
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Tel:    +1.213.612.2500
Fax:   +1.213.612.2501
karen.cho@morganlewis.com
charles.murphy@morganlewis.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

*Additional Counsel on Next Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRY MARQUEZ, an individual, | Case No. 5:25–cv–03163–KK–SPx |
| Plaintiff, | Judge: Honorable Kenly Kiya Kato |
| v. | |
| AMAZON.COM SERVICES LLC, a DELAWARE limited liability company; and DOES 1 through 20, inclusive, | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| Defendants. | Action Filed: August 15, 2025<br>Action Removed: November 24, 2025 |

**MORGAN, LEWIS & BOCKIUS LLP**
Joseph R. Lewis, Bar No. 316770
One Market, Spear Street Tower
San Francisco, California 94105
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001
joseph.lewis@morganlewis.com

## ORDER

**GOOD CAUSE APPEARING**, this Stipulated Protective Order (docket no. 24) is approved.


**IT IS SO ORDERED.**


DATED: February 9, 2026

_____
Honorable Sheri Pym

[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER