JS-6

MORGAN, LEWIS & BOCKIUS LLP
Karen Y. Cho, Bar No. 274810
Charles E. Murphy II, Bar No. 364334
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
karen.cho@morganlewis.com
charles.murphy@morganlewis.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PETRY MARQUEZ, an individual,

Plaintiff,

v.

AMAZON.COM SERVICES LLC, a DELAWARE limited liability company; and DOES 1 through 20, inclusive,

Defendants.

Case No.: 5:25-cv-03163-KK-SP

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

**ORDER**

The Court, having reviewed the Parties' Joint Stipulation For Dismissal With Prejudice, and good cause appearing therefore, hereby **ORDERS** as follows:

1. The Parties' Joint Stipulation For Dismissal With Prejudice, pursuant to Federal Rule of Civil Procedure 41(a), is **GRANTED**.

2. Plaintiff's claims in this action and against Defendant Amazon.com Services LLC are dismissed with prejudice.

3. The Parties agree to bear their own attorneys' fees and costs with respect to the dismissed claims.

**IT IS SO ORDERED.**

Dated: September 18, 2026

Honorable Kenly Kiya Kato
United States District Judge